IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID MARTIN MOLLETTE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:13cv222 |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the magistrate judge's report and recommendation (Dkt. # 22) is **ADOPTED in its entirety**; plaintiff's motion for summary judgment (Dkt. # 15) is **DENIED**; the Commissioner's motion for summary judgment (Dkt. # 17) is **GRANTED**; plaintiff's objections to the report and recommendation (Docket # 23) are **OVERRULED**; the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: July 24, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge